THOMAS B. MORAN, Appellant, v. LOUIS A. VAN DYK, Respondent.— Order of the Special Term, Queens county, denying plaintiff's motion, in an action to recover upon a guaranty, for an order striking out defendant's answer and for judgment in favor of plaintiff and against defendant, pursuant to rules 113 and 114 of the Rules of Civil Practice, affirmed, with ten dollars costs and disbursements. There is a question of fact as to the correct interpretation of the language of the guaranty and a mixed question of law and fact as to the revocation of the guaranty by defendant, including the question of fact as to whether or not the letter of revocation was received by plaintiff. Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ., concur.

NEW ROCHELLE SECURITIES COMPANY, Respondent, v. INTERNATIONAL THRIFT SOCIETY, INC., and Another, Defendants; MILTON MAYER and Another, Appellants.*— Judgment in so far as it affects appellants reversed on the law and the facts, with costs, and complaint as to appellants dismissed, with costs. Action against the maker and accommodation indorsers on a negotiable demand note. It appears from the face of the instrument that its date was changed from September 9, 1930, to November 17, 1930. Therefore, plaintiff's assignors were not holders in due course. (Neg. Inst. Law, § 91; *Elias* v. *Whitney*, 50 Misc. 326.) Such alteration, subsequent to appellants' indorsements and without their knowledge or consent, relieved them from liability. (Neg. Inst. Law, §§ 205, 206; *Golden* v. *Furniture Frame Factories, Inc.*, 235 App. Div. 704; *Manufacturers Trust Co.* v. *Steinhardt*, 265 N. Y. 145.) The note was not presented for payment or protested until after the lapse of one year. Under the circumstances here, this exceeds a reasonable time and appellants were discharged by respondent's delay. (*American Trust Co.* v. *Manley*, 195 App. Div. 811.) Lazansky, P. J., Hagarty, Davis and Johnston, JJ., concur; Tompkins, J., concurs on the ground that the change was a material one and that payment of the note was not demanded within a reasonable time.